UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10114-RWZ

NATHAN MARQUIS LeBARON

v.

THOMAS E. DICKHAUT,
Superintendent

ORDER
May 12, 2011

ZOBEL, D.J.

Nathan Marquis LeBaron has, pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Three motions are pending and I address them in reverse chronological order.

Respondent has moved for a more definite statement (Docket # 19). He is correct that the voluminous filings do not comply with the Rules Governing § 2254 Cases and it is difficult to discern therefrom the grounds for relief and the facts supporting each ground. Although petitioner filed one copy of the printed prescribed form of petition, it is only partially completed. His additional submissions, a number of state court pleadings and transcripts, do not supply the legal and factual bases missing in the petition itself.

Petitioner's submissions do raise a question about this court's jurisdiction. It appears that any state court appeals from the judgment of the Superior Court may be in

limbo for lack of the trial transcript. Accordingly, before ruling on the motion for a more definite statement, the court requests respondent to inform it by June 6, 2011, of the procedural posture of this case in the Commonwealth courts, including the status of any trial transcript if such defines the status of the case. Accordingly, ruling on the motion for a more definite statement is deferred.

Petitioner's motion for immediate release from prison (Docket # 14) is denied as there is no legal basis for this court to grant the motion.

Ruling on petitioner's motion for the appointment of counsel (Docket # 11) is deferred until after respondent has informed the court of the status of the state court proceedings.

|  May 12, 2011  |  /s/Rya W. Zobel  |
|---|---|
|  DATE  |  RYA W. ZOBEL  |
|  |  UNITED STATES DISTRICT JUDGE  |